IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CALVIN JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV420-202 |
| ) | |
| U.S. DISTRICT COURT OF GEORGIA ) | |
| SAVANNAH DIVISION, and U.S. ) | |
| DISTRICT COURT OF GEORGIA ) | |
| SAVANNAH DIVISION BOARD OF ) | |
| DIRECTORS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## O R D E R

Before the Court is the Magistrate Judge's November 17, 2022, Report and Recommendation (Doc. 3), to which Plaintiff has not filed an objection. After a careful review of the record,[1] the report and recommendation (Doc 3.) is **ADOPTED** as the Court's opinion in this case. All claims asserted by the Plaintiff in the

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).

Complaint are **DISMISSED WITHOUT PREJUDICE**. (Doc. 1.) The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 21ST day of December 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2