AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CALVIN JAMES,

   Plaintiff,

v.

U.S. DISTRICT COURT OF GEORGIA SAVANNAH DIVISION; U.S. DISTRICT COURT SAVANNAH DIVISION BOARD OF DIRECTORS,

   Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV420-202

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court entered on December 21, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court dismisses Plaintiff's complaint without prejudice. This action stands closed.



December 21, 2022  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020